IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DEBRA A. CROSS,

        Plaintiff,

        v.

MICHAEL J. ASTRUE,
Commissioner of the Social Security
Administration,

        Defendant.
_____

Civ. No. 3:12-cv-748-MC

OPINION AND ORDER

MCSHANE, Judge:

      Magistrate Judge Thomas M. Coffin issued a Findings and Recommendation (F & R) on September 23, 2013, in which he recommended that this Court affirm the Commissioner's decision denying plaintiff's application for supplemental security income (SSI) under Title XVI of the Social Security Act (42 U.S.C. §§ 1381-1383f). The matter is now before this Court. 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

      Because no objections to the F & R were timely filed, this Court reviews only the legal principles *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also* *United States v. Bernhardt*, 840 F.2d 1441, 1444-45 (9th Cir. 1988) (citations omitted). Having reviewed the legal principles *de novo*, this Court finds no error in Judge Coffin's F & R (#20).

## **CONCLUSION**

1 – OPINION AND ORDER

This Court ADOPTS Judge Coffin's F & R (#20) in full. Accordingly, the Commissioner's decision is AFFIRMED and this case is DISMISSED.

IT IS SO ORDERED.

DATED this 4th day of November, 2013.

_____s/ Michael J. McShane_____
Michael J. McShane
United States District Judge

2 – OPINION AND ORDER